```
                   UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

BRAND ENERGY SERVICES, LLC,    )
                               )
        Plaintiff,             )
                               )
        v.                     )    NO.  3:16-cv-0802
                               )    Judge Nixon/Brown
INTERNATIONAL PAINT, LLC,      )    JURY DEMAND
                               )
        Defendant.             )

## O R D E R

At the request of counsel, a telephone status conference is set with the Magistrate Judge for **Wednesday, October 12, 2016, at 2:00 p.m.** To participate in the conference call, the parties are directed to dial **(877) 873-8017 and enter Access Code 1958322#** at the scheduled time. **By 12:00 p.m. (Noon) on Tuesday, October 11, 2016**, the parties should submit a brief joint statement of the issues to be discussed and a short statement of their respective positions on the issues to [brownchambers@tnmd.uscourts.gov](mailto:brownchambers@tnmd.uscourts.gov).

It is so **ORDERED**.

                                   /s/ Joe B. Brown
                                   JOE B. BROWN
                                   United States Magistrate Judge